```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
```
SHAIFAH SALAHUDDIN,

       Plaintiff,       JUDGMENT

 v.                18-CV-6730 (MKB)

RIVERDALE AVENUE PROPERTIES, LLC,
BARRY BASRA SINGER, DANIEL CALLER,
SHARP MANAGEMENT, LLC, ROSARIO RUIZ,
LIBERTY PLACE PROPERTY MANAGEMENT
LLC, PAUL SALILO, CASTELLAN REAL
ESTATE PARTNERS, LLC, RICK SERRAPICA,
CRP 482 RIVERDALE AVENUE, JANET DIFIORE,
NYS UNIFIED COURT SYSTEM, RUTH ANNE
VISNAUKAS and NYSHCR/DHCR,

       Defendants.
```
----------------------------------------------------------------X
```

  A Memorandum and Order of Honorable Margo K. Brodie, United States District Judge, having been filed on January 16, 2020, dismissing the Complaint for lack of subject matter jurisdiction; granting Plaintiff leave to file an amended complaint within thirty days from the entry of this Memorandum and Order and staying all proceedings for thirty days or until Plaintiff files an amended complaint, whichever is earlier; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Memorandum and Order would not be taken in good faith; denying *in forma pauperis* status for the purpose of an appeal, *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962); and an Order having been filed on September 30, 2021, directing the Clerk of Court to enter judgment; it is

  ORDERED and ADJUDGED that the complaint is dismissed for lack of subject matter jurisdiction; that pursuant to 28 U.S.C. § 1915(a)(3), any appeal from this Order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

Dated: Brooklyn, New York                    Douglas C. Palmer
       September 30, 2021                    Clerk of Court

                                       By:   */s/Jalitza Poveda*
                                              Deputy Clerk